| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>Magnuson, Paul A | 2. Court or Organization<br>U.S. District Court, Minnesota | 3. Date of Report<br>04/12/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Senior | 5. ReportType (check appropriate type)<br>○ Nomination. Date<br>○ Initial  ● Annual  ○ Final | 6. Reporting Period<br>01/01/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br>730 Burger Federal Courts Bldg<br>316 N. Robert Street<br>St. Paul, MN 55101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Union Gospel Mission, St. Paul, Minnesota |
| 2. Chair (terminating 10/1/03) | Judicial Conference Committee on International Judicial Relations, Washington, D.C. |
| 3. Vice President, Director (terminating 5/1/03) | Federal Judges Association, Washington, D.C. |
| 4. Director | Minnesota Prayer Breakfast Committee, Minneapolis, Minnesota |
| 5. Director | American Bar Association, CEELI (Central and East European Law Initiative) Advisory Board, Washington, D.C. |
| 6. Director | Tentmakers, Minneapolis, Minnesota |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Federal Judges Associatin | Jan. 30-Feb. 4, Alicante, Spain - International Association of Judges' Annual Conference (transportation) |
| 2. | American Councils for International Education; USAID; and Russian Council of Judges | Apr. 9-16, Moscow & St. Petersburg, Russia - Moscow State Univ. Law School Fellowship Prog. & Russian Council of Judges meeting |
| 3. | Federal Judges Association | May 3-5, Washington, D.C. - Annual board meeting (transportation, meals, room) |
| 4. | ABA CEELI | Sept. 13-19, Manama, Bahrain - Arab Judicial Forum (transportation, meals, room) |
| 5. | American University Washington College of Law | Sept. 24, Washington, D.C. - Comparative Constitutional Law Roundtable (transportation, meals, room) |
| 6. | Federal Judicial Center | Oct. 27, Washington, D.C. - Comm. on District Judges' Education (transportation, meals, room) |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Magnuson, Paul A | 04/12/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Federal Judges Associatin | Jan. 30-Feb. 4, Alicante, Spain - International Association of Judges' Annual Conference (transportation) |
| 2. | American Councils for International Education; USAID; and Russian Council of Judges | Apr. 9-16, Moscow & St. Petersburg, Russia - Moscow State Univ. Law School Fellowship Prog. & Russian Council of Judges meeting |
| 3. | Federal Judges Association | May 3-5, Washington, D.C. - Annual board meeting (transportation, meals, room) |
| 4. | ABA CEELI | Sept. 13-19, Manama, Bahrain - Arab Judicial Forum (transportation, meals, room) |
| 5. | American University Washington College of Law | Sept. 24, Washington, D.C. - Comparative Constitutional Law Roundtable (transportation, meals, room) |
| 6. | Federal Judicial Center | Oct. 27, Washington, D.C. - Comm. on District Judges' Education (transportation, meals, room) |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Magnuson, Paul A | 04/12/2004 |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE   – (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 7. | Federal Judges Association | Nov. 10-12, Vienna, Austria - International Association of Judges' Annual Conference (transportation) |
| 8. | ABA CEELI & Checci and Company Consulting, Inc. | Dec. 2-10, Tirana, Albania & Podgorica, Montenegro - Ann. Judicial Conf. & Roundtable on Court Admin. (transportation, meals, room) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE- - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

# FINANCIAL DISCLOSURE REPORT
## Page 1 of 1

| Name of Person Reporting | Date of Report |
|---|---|
| Magnuson, Paul A | 04/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Hartford Cap.Fund IRA | | None | M | T | | | | | |
| 2. H.B. Fuller Common Stock | A | Dividend | J | T | | | | | |
| 3. Hartford Cap Fund A | | None | J | T | | | | | |
| 4. Ord-Tech Oilton Remote Detection Technologies, Inc. | | None | J | T | Buy | 01/10 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Magnuson, Paul A | 04/12/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ████████████████████        Date  4/12/0 ⁄

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544